FORM AO-256
REV. 1-82

# CRIMINAL DOCKET - U.S. District Court

PO ☐ Misd ☐ Felony X

| District | Off | Judge/Magistr. (Assigned / Disp./Sentence) |
|---|---|---|
| 417 | 7 | 1706 / 1706 |

☐ WRIT ☐ JUVENILE ☐ ALIAS

OFFENSE ON INDEX CARD

U.S. vs (LAST, FIRST, MIDDLE) BRYON, Peter J.

| Case Filed Mo. | Day | Yr | Docket No | Def |
|---|---|---|---|---|
| 03 | 28 | 86 | 00008 | 01 |

No. of Def's: 1 — U.S. MAG CASE NO

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM / NG | GUILTY / NOLO |
|---|---|---|---|---|
| 18:371 | scheme to defraud by providing false documentation relating to nonexistent clients, knowing same to be false - (Ct. 1) | 1 | | X |
| 18:1014 & 2 | making & causing to be made false statements of material facts to a bank, for the purpose of influencing said bank (Cts. 2-10) | 2 | | X |

SUPERSEDING COUNTS ☐ JURY X N J

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint

KEY DATE — APPLICABLE

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL): X Indictment filed/unsealed ☐ consent to Magr trial on complaint ☐ Information ☐ Felony W/waiver — KEY DATE 3 28 86 — LATEST OF: X 1st appears on pending charge /R40 X Receive file R20/21 ☐ Supsdg: ☐ Ind ☐ Inf ☐ Order New trial

END INTERVAL TWO — KEY DATE 4-21-86 — APPLICABLE: ☐ Dismissal X Pled guilty ☐ Nolo ☐ After N G ☐ After nolo ☐ Trial (voir dire) began

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle Pros | FINAL CHARGES DISMISSED ☐ on S T grounds ☐ W P ☐ WOP ☐ on def motion ☐ on gov't motion |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## III. MAGISTRATE

| | | DATE | INITIAL/NO |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT | | | |

INITIAL APPEARANCE DATE

PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING — Date Scheduled — Date Held — INITIAL/NO

☐ WAIVED ☐ NOT WAIVED — Tape Number

☐ INTERVENING INDICTMENT

OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest — OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.

Defense 1 ☐ CJA. 2 X Ret 3 ☐ Waived 4 ☐ Self. 5 ☐ Non / Other 6 ☐ PD 7 ☐ CD

William B . Moffitt
419 N. Lee Street
Alexandria, Va. 22314

Local counsel:

Richard Gusler
P. O. Box 390
133 Fayetteville Street Mall
Raleigh, N. C. 27602

## BAIL • RELEASE

PRE INDICTMENT

Release Date
☐ Bail Denied ☐ Fugitive ☐ Pers Rec ☐ PSA
AMOUNT SET $
Conditions: ☐ 10% Dep ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set
☐ Bail Not Made
Date Bond Made

POST-INDICTMENT

Release Date
☐ Bail Denied ☐ Fugitive ☐ Pers. Rec. ☐ PSA
AMOUNT SET $
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set
☐ Bail Not Made
Date Bond Made

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS — ☐ Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| DATE / DOCUMENT NO. | Yr. | Docket No. | Def. | | |
|---|---|---|---|---|---|
| | 86 | 00008 | 01 | X MASTER DOCKET MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE 1 OF 1 |

VI EXCLUDABLE DELAY (Start Date / End Date | Ltr. Code | Total Days)

(OPTIONAL: Show last names of defendants)

## V. PROCEEDINGS

| DATE | PROCEEDINGS |
|---|---|
| 3/28/86 | CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE UNDER RULE 20 from Northern District of Illinois |
| 3/28/86 | INDICTMENT, filed<br><br>Ltr. to U. s. Atty. advising Rule 20 received in this district - Set for acceptance of plea & trial - 4/21/86 - Raleigh per John Shafer ag |
| 4-3-86 | **ISSUED NOTICE TO APPEAR** - set for acceptance of plea on 4/21/86 at 10:30 A.M. in Raleigh before Judge Britt lc: :U. S. Atty. & Mr. Moffitt and Mr. Gusler |
| 4-21-86 | **RALEIGH - JUDGE BRITT - JO BUSH COURT REPORTER**<br>Acceptance of Plea<br>**MEMORANDUM OF PLEA AGREEMENT**<br>Plea of Guilty to Cts. 1 & 2<br>Plea accepted<br>**JUDGMENT AND PROBATION/COMMITMENT ORDER**<br>CT. 1 - 5 yrs - eligible for parole under 18:4205(b)(2) - sen. to run concur. w/ sen. imposed in 84-7-08-Cr-7<br>CT. 2 - 2 yrs. - eligible for parole under 18:4205(b)(2) immediately. Sen. on Ct. 2 to run consecutively to the sen. on Ct. 1 and concur. w/the sen. on Ct. 3 in 84-7-08-Cr-7.<br>that the defendant be assigned to a level one institution if such assignment can be carried out consistent with the current Bureau of Prisons guidelines.<br>(Britt, J) Cr. OB#5, P. 311. cys. distr. (ent. 4/23/86) |
| 6/18/86 | **MOTION** TO UNSEAL RECORDS - 3 cys. to U.S. Atty. lc Judge Britt with proposed order |
| 6-23-86 | **ORDER** - upon motion of U.S. hereby **ORDERED** that the plea agreement executed by the deft. and Govern. is **UNSEALED.** (Britt, j) Cr. OB#5, P. 376. lc: U.S.Atty., Mr. Moffitt and Mr. Gusler (ent. 6/24/86) |
| 8-19-86 | **Motion FOR REDUCTION OF SENTENCE- Filed by attorney for deft.** Richard N. Gusler. (Cert. of Serv. attached) lc J. Britt, Ent. 8-27-86 |
| 8-22-86 | **Government'S RESPONSE TO MOTION FOR REDUCTION OF SENTENCE- FILED BY"** Govt. (Cert. of Serv. attached) lc J. Britt. Ent. 8-27-86 |
| 8-28-86 | **ORDER** - Deft's motion for modification or reduction of sentence pursuant to the provisions of Rule 35 of the Federal Rules of Criminal Procedure, having been fullyconsidered by the Court, is DENIED. By: J. Britt (lc AUSA, Counsel of Record) Ent. 8-28-86 |

LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]
B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20, 21 or 40 or Mag Rule 6a [(1)(G)]
G Proceedings under advisement, not to exceed 30 days after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A, B)]
N Period of mental/physical incompetence of deft. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]
R Deft. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A, B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B)(i)]
T2 Case unusual or complex [(8)(B)(ii)]
T3 Indictment following arrest cannot be filed in 30 days [(8)(B)(iii)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B)(iv)]
U Time up to withdrawal of guilty plea [(15)(i)]
W Grand jury indictment time extended 30 more days [3161(b)]

CONTINUED TO PAGE